CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 1 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JEFFREY L. MOORE,
    Plaintiff,

v.

GENE JOHNSON, et al.,
    Defendant(s).

Civil Action No.7:10-cv-00411

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

ORDER

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motions for leave to proceed in forma pauperis are **DENIED**; the complaint is **DISMISSED without prejudice**; plaintiff's motion for recusal is **DENIED**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile the complaint as a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this order to plaintiff.

ENTER: This 1st day of November, 2010.

                /s/ Jackson L. Kiser
                Senior United States District Judge